The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MACHELL SHERLES, Successor Executor and Trustee in the Estate of Ann R. Rule, King County, Washington Probate Cause No. 15-4-04420-3 KNT<br><br>Plaintiff,<br><br>v.<br><br>FOLEY AGENCY, Inc. et al,<br><br>Defendants. | No. 2:18-cv-00016-JLR<br><br>[~~PROPOSED~~] STIPULATED ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS' ANSWERS OR OTHER RESPONSIVE PLEADINGS<br><br>(Clerk's Action Required) |



All parties to this action, consisting of Plaintiff, **Machell Sherles**, the Successor Executor and Trustee of the Rule Estate; and the Defendants, **Foley Agency, Inc.**, a New York corporation, and **JoAnn Fox**, a married individual ("Defendants"), via their Stipulated Motion to Extend Time for Defendants' Answers or Other Responsive Pleadings ("Motion") stipulate to the entry of this Stipulated Order Granting Stipulated Motion to Extend Time for Defendants' Answers or Other Responsive Pleadings ("Order").

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED as follows:

| | |
|---|---|
| [PROPOSED] STIPULATED ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS' ANSWERS OR OTHER RESPONSIVE PLEADINGS - 1 | **COOK & BARTLETT, PLLC**<br>*Attorneys at Law*<br>1900 W. Nickerson St., Ste. 215<br>Seattle, WA 98119<br>Telephone: (206) 282-2710<br>Facsimile: (206) 282-2707 |

Foley Agency
8-1-Proposed Stipulated Order Extend Time for Defendants Filing Answer.DOC

By agreement of the parties, Defendants' Answers or other responsive pleadings shall be filed on or before February 28, 2018.

SO ORDERED, this 6th day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

**SO STIPULATED AND AGREED:**

DATED this 5th day of February, 2018.          DATED this 5th day of February, 2018.

**Counsel for Plaintiff.**                     **Counsel for Defendants.**

LYNCH & FOLEY PC                               COOK & BARTLETT, PLLC


s/ Rex B. Stratton                             /s/ Diana S. Hill
Rex B. Stratton, III, WSBA #1913; VBA #5683    Diana S. Hill, WSBA #36610
Attorney for Plaintiff                         Attorney for Defendants Foley Agency, Inc.
7 Washington Street                            and JoAnn Fox
Middlebury, VT 05753                           1900 W. Nickerson St., Ste. 215
T: (802) 388-7933                              Seattle, WA 98119
F: (802) 388-9200                              T: (206) 282-2710
rstratton@lynchandfoley.com                    F: (206) 282-2707
                                               dhill@cookandbartlett.com

////

////

////

[PROPOSED] STIPULATED ORDER GRANTING                **COOK & BARTLETT, PLLC**
STIPULATED MOTION TO EXTEND TIME FOR                *Attorneys at Law*
DEFENDANTS' ANSWERS OR OTHER                        1900 W. Nickerson St., Ste. 215
RESPONSIVE PLEADINGS - 2                            Seattle, WA 98119
                                                    Telephone: (206) 282-2710
                                                    Facsimile: (206) 282-2707

Foley Agency
8-1-Proposed Stipulated Order Extend Time for Defendants Filing Answer.DOC

## Certificate of Service

I hereby certify that on February 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

Rex B. Stratton, III
Lynch & Foley PC
7 Washington Street
Middlebury, VT 05753
rstratton@lynchandfoley.com

This 5th day of February, 2018 at Seattle, Washington.

/s/ Diana S. Hill
Diana S. Hill
Cook & Bartlett, PLLC
1900 W. Nickerson St., Ste. 215
Seattle, WA 98119
T: (206) 282-2710

[PROPOSED] STIPULATED ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS' ANSWERS OR OTHER RESPONSIVE PLEADINGS - 3

Foley Agency
8-1-Proposed Stipulated Order Extend Time for Defendants Filing Answer.DOC

**COOK & BARTLETT, PLLC**
*Attorneys at Law*
1900 W. Nickerson St., Ste. 215
Seattle, WA 98119
Telephone: (206) 282-2710
Facsimile: (206) 282-2707