The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MACHELL SHERLES, Successor Executor and Trustee in the Estate of Ann R. Rule, King County, Washington Probate Cause No. 15-4-04420-3 KNT<br><br>Plaintiff,<br><br>v.<br><br>FOLEY AGENCY, Inc. et al,<br><br>Defendants. | No. 2:18-cv-00016-JLR<br><br>[~~PROPOSED~~] STIPULATED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES & COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>(Clerk's Action Required) |

All parties to this action, consisting of Plaintiff, **Machell Sherles**, the Successor Executor and Trustee of the Rule Estate; and the Defendants, **Foley Agency, Inc.**, a New York corporation, and **JoAnn Fox**, a married individual, via their Stipulated Motion to Extend Deadlines for Initial Disclosures & Combined Joint Status Report and Discovery Plan ("Motion") stipulate to the entry of this Stipulated Order Granting Stipulated Motion to Extend Deadlines for Initial Disclosures & Combined Joint Status Report and Discovery Plan ("Order").

[~~PROPOSED~~] STIPULATED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES & COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN - 1

Foley Agency
11-1-Proposed Stipulated Order Extend Deadline for Initial Disclosures & JSR.DOC

COOK & BARTLETT, PLLC
*Attorneys at Law*
1900 W. Nickerson St., Ste. 215
Seattle, WA 98119
Telephone: (206) 282-2710
Facsimile: (206) 282-2707

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED as follows:

By agreement of the parties and for good cause shown, the deadline for FRCP 26(a)(1) Initial Disclosures shall be April 2, 2018, and the deadline for FRCP 26(f) and Local Civil Rule 26(f) Combined Joint Status Report and Discovery Plan shall be April 9, 2018. The deadline for FRCP 26(f) Conference shall remain unchanged.

SO ORDERED, this 9th day of February, 2018.



UNITED STATES DISTRICT COURT JUDGE

**SO STIPULATED AND AGREED:**

DATED this 8th day of February, 2018.   DATED this 8th day of February, 2018.

**Counsel for Plaintiff.**                **Counsel for Defendants.**

LYNCH & FOLEY PC                          COOK & BARTLETT, PLLC


s/ Rex B. Stratton                        /s/ Diana S. Hill
Rex B. Stratton, III, WSBA #1913; VBA #5683   Diana S. Hill, WSBA #36610
Attorney for Plaintiff                    Attorney for Defendants Foley Agency, Inc.
7 Washington Street                       and JoAnn Fox
Middlebury, VT 05753                      1900 W. Nickerson St., Ste. 215
T: (802) 388-7933                         Seattle, WA 98119
F: (802) 388-9200                         T: (206) 282-2710
rstratton@lynchandfoley.com               F: (206) 282-2707
                                          dhill@cookandbartlett.com

////

////

[PROPOSED] STIPULATED ORDER GRANTING             COOK & BARTLETT, PLLC
STIPULATED MOTION TO EXTEND DEADLINES              *Attorneys at Law*
FOR INITIAL DISCLOSURES & COMBINED JOINT         1900 W. Nickerson St., Ste. 215
STATUS REPORT AND DISCOVERY PLAN - 2                Seattle, WA 98119
                                                 Telephone: (206) 282-2710
Foley Agency                                     Facsimile: (206) 282-2707
11-1-Proposed Stipulated Order Extend Deadline for Initial Disclosures & JSR.DOC

## Certificate of Service

I hereby certify that on February 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

Rex B. Stratton, III
Lynch & Foley PC
7 Washington Street
Middlebury, VT 05753
rstratton@lynchandfoley.com

This 8th day of February, 2018 at Seattle, Washington.

/s/ Diana S. Hill
Diana S. Hill
Cook & Bartlett, PLLC
1900 W. Nickerson St., Ste. 215
Seattle, WA 98119
T: (206) 282-2710

[PROPOSED] STIPULATED ORDER GRANTING
STIPULATED MOTION TO EXTEND DEADLINES
FOR INITIAL DISCLOSURES & COMBINED JOINT
STATUS REPORT AND DISCOVERY PLAN - 3

Foley Agency
11-1-Proposed Stipulated Order Extend Deadline for Initial Disclosures & JSR.DOC

COOK & BARTLETT, PLLC
*Attorneys at Law*
1900 W. Nickerson St., Ste. 215
Seattle, WA 98119
Telephone: (206) 282-2710
Facsimile: (206) 282-2707