The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MACHELL SHERLES, Successor Executor and Trustee in the Estate of Ann R. Rule, King County, Washington Probate Cause No. 15-4-04420-3 KNT,<br><br>Plaintiff,<br><br>v.<br><br>FOLEY AGENCY, Inc. et al,<br><br>Defendants. | No. 2:18-cv-00016-JLR<br><br>[~~PROPOSED~~] STIPULATED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR DEFENDANTS' ANSWERS, INITIAL DISCLOSURES & COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN<br><br>(Clerk's Action Required) |



All parties to this action, consisting of Plaintiff, **Machell Sherles**, the Successor Executor and Trustee of the Rule Estate; and the Defendants, **Foley Agency, Inc.**, a New York corporation, and **JoAnn Fox**, a married individual, via their Stipulated Motion to Extend Deadlines for Defendants' Answers, Initial Disclosures & Combined Joint Status Report and Discovery Plan ("Motion") stipulate to the entry of this Stipulated Order

[PROPOSED] STIPULATED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR DEFENDANTS' ANSWERS, INITIAL DISCLOSURES & COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN - 1

COOK & BARTLETT, PLLC
*Attorneys at Law*
1900 W. Nickerson St., Ste. 215
Seattle, WA 98119
Telephone: (206) 282-2710
Facsimile: (206) 282-2707

Foley Agency
14-1-Proposed Stipulated Order Extend Deadlines for Answers, Initial Disclosures & JSR.DOC

Granting Stipulated Motion to Extend Deadlines for Defendants' Answers, Initial Disclosures & Combined Joint Status Report and Discovery Plan ("Order").

THEREFORE, IT IS SO ORDERED, ADJUDGED AND DECREED as follows:

By agreement of the parties and for good cause shown, the deadline for Defendants' Answers shall be March 28, 2018, the deadline for FRCP 26(a)(1) Initial Disclosures shall be May 7, 2018, and the deadline for FRCP 26(f) and Local Civil Rule 26(f) Combined Joint Status Report and Discovery Plan shall be May 14, 2018. *No further extensions will be granted.*

SO ORDERED, this 27 day of February, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

**SO STIPULATED AND AGREED:**

DATED this 27th day of February, 2018.     DATED this 27th day of February, 2018.

**Counsel for Plaintiff.**                  **Counsel for Defendants.**

LYNCH & FOLEY PC                            COOK & BARTLETT, PLLC


s/ Rex B. Stratton                          /s/ Diana S. Hill
Rex B. Stratton, III, WSBA #1913; VBA #5683 Diana S. Hill, WSBA #36610
Attorney for Plaintiff                      Attorney for Defendants Foley Agency, Inc.
7 Washington Street                         and JoAnn Fox
Middlebury, VT 05753                        1900 W. Nickerson St., Ste. 215
T: (802) 388-7933                           Seattle, WA 98119
F: (802) 388-9200                           T: (206) 282-2710
rstratton@lynchandfoley.com                 F: (206) 282-2707
                                            dhill@cookandbartlett.com

////

[PROPOSED] STIPULATED ORDER GRANTING                **COOK & BARTLETT, PLLC**
STIPULATED MOTION TO EXTEND DEADLINES                    *Attorneys at Law*
FOR DEFENDANTS' ANSWERS, INITIAL                   1900 W. Nickerson St., Ste. 215
DISCLOSURES & COMBINED JOINT STATUS                        Seattle, WA 98119
REPORT AND DISCOVERY PLAN - 2                       Telephone: (206) 282-2710
                                                    Facsimile: (206) 282-2707

Foley Agency
14-1-Proposed Stipulated Order Extend Deadlines for Answers, Initial Disclosures & JSR.DOC

## Certificate of Service

I hereby certify that on February 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record for Plaintiff:

Rex B. Stratton, III
Lynch & Foley PC
7 Washington Street
Middlebury, VT 05753
rstratton@lynchandfoley.com

This 27th day of February, 2018 at Seattle, Washington.

/s/ Diana S. Hill
Diana S. Hill
Cook & Bartlett, PLLC
1900 W. Nickerson St., Ste. 215
Seattle, WA 98119
T: (206) 282-2710

[PROPOSED] STIPULATED ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR DEFENDANTS' ANSWERS, INITIAL DISCLOSURES & COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN - 3

**COOK & BARTLETT, PLLC**
*Attorneys at Law*
1900 W. Nickerson St., Ste. 215
Seattle, WA 98119
Telephone: (206) 282-2710
Facsimile: (206) 282-2707

Foley Agency
14-1-Proposed Stipulated Order Extend Deadlines for Answers, Initial Disclosures & JSR.DOC