HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACHELL SHERLES, as Successor Executor and Trustee in the ESTATE OF ANN R. RULE, King County, Washington Probate Cause No. 15-4-04420-3 KNT<br><br>Plaintiff,<br><br>v.<br><br>FOLEY AGENCY, INC. a New York corporation, and JOANN FOX, a Florida Resident<br><br>Defendants. | CASE NO. 2:18-CV-00016<br><br>~~PROPOSED~~ ORDER TO DISMISS FOLEY AGENCY INC. WITH PREJUDICE<br><br>**Noted for consideration on Friday, March 23, 2018** |

ORDER

This matter having come before the Court on Plaintiff's *Ex Parte* Motion and Memorandum of Plaintiff to dismiss the Foley Agency Inc. with prejudice and the motion being further supported by the Declarations of Kayci Cail and Meghan Foley Bloom and the Court being fully advised in the premises, it is hereby:

MOTION TO DISMISS FOLEY AGENCY INC.
2:18-CV-00016-JLR
Page 1 of 3

LYNCH & FOLEY, P.C.
7 WASHINGTON STREET
MIDDLEBURY, VERMONT 05753
T: (802) 388-7933 • F: (802) 388-9200

*pursuant to Federal Rule of Civil Procedure (a)(1)*

1  ORDERED that the Foley Agency Inc. is dismissed as a party defendant with prejudice
2  and without costs.
3  Dated: March 26, 2018

*JLR*

_____
Honorable James L. Robart
United States District Judge

Respectfully Submitted on March 23, 2018.

By: s/ *Rex B. Stratton*
Rex B. Stratton, WSBA No. 1913; VBA # 5683
LYNCH & FOLEY. P.C.
7 Washington Street
Middlebury, Vermont 05753
T: (802) 388-7933 – F: (802) 388-9200
rstratton@lynchandfoley.com
Attorneys for Plaintiff

MOTION TO DISMISS FOLEY AGENCY INC.
2:18-CV-00016-JLR
Page 2 of 3

LYNCH & FOLEY, P.C.
7 WASHINGTON STREET
MIDDLEBURY, VERMONT 05753
T: (802) 388-7933 • F: (802) 388-9200

# CERTIFICATE OF SERVICE

I hereby certify that on this March 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| For Plaintiff | For Defendants |
|---|---|
| Rex B. Stratton, WSBA No. 1913<br>7 Washington Street<br>Middlebury, VT 05753<br>Telephone: (802) 388-7933<br>Facsimile: (802) 388-9200<br>Email: rstratton@lynchandfoley.com | Diana S. Hill, WSBA No. 36610<br>1900 Nickerson St., Ste. 215<br>Seattle, WA 98119<br>Telephone: (206) 282-2710<br>Facsimile: (206) 282-2707<br>Email: dhill@cookandbartlett.com |

Dated: March 23, 2018.

s/Rex B. Stratton
Rex B. Stratton, WSBA No. 1913
7 Washington Street
Middlebury, VT 05753
Telephone:(802) 388-7933
Facsimile: (802) 388-9200
Email: rstratton@lynchandfoley.com

MOTION TO DISMISS FOLEY AGENCY INC.
2:18-CV-00016-JLR
Page 3 of 3

LYNCH & FOLEY, P.C.
7 WASHINGTON STREET
MIDDLEBURY, VERMONT 05753
T: (802) 388-7933 • F: (802) 388-9200