HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MACHELL SHERLES, as Successor Executor and Trustee in the ESTATE OF ANN R. RULE, King County, Washington Probate Cause No. 15-4-04420-3 KNT<br><br>Plaintiff,<br><br>v.<br><br>FOLEY AGENCY, INC. a New York corporation, and JOANN FOX, a Florida Resident<br><br>Defendants. | CASE NO. 2:18-CV-00016-MAT<br><br>[~~PROPOSED~~] STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS |

**STIPULATION**

The parties to this action, consisting of Plaintiff, **Machell Sherles**, the Successor Executor and Trustee of the Rule Estate (Plaintiff) and Defendant, **JoAnn Fox**, a married individual (Defendant) through their undersigned counsel of record, stipulate and agree:

    1.    The parties hereto have entered into a Settlement Agreement, a copy of which is attached hereto and is made a part hereof. As a part of the Settlement Agreement, the parties have acknowledged and agreed that the agency relationship between the Ann Rule

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE
2:18-CV-00016-MAT
Page 1 of 3

LYNCH & FOLEY, P.C.
7 WASHINGTON STREET
MIDDLEBURY, VERMONT 05753
T: (802) 388-7933 • F: (802) 388-9200

Estate and Joan Foley, d.b.a. Foley Agency is terminated. The Settlement Agreement directs that the publishers of Ann Rule works pay to the Estate of Ann Rule all royalties due from the sale of her books and which were withheld pending the resolution of the dispute as to agency.

2. Defendant JoAnn Fox is relieved of any further accounting to the Estate of Ann Rule and has no further obligations to pay to the Estate of Ann Rule royalties previously received from the Ann Rule publishers and may retain agency fees retained by her as earned fees.

3. A copy of the Settlement Agreement shall be filed in the Estate of Ann Rule, King County, Washington Probate Cause No. 15-4-04420-3 KNT and the Estate of Joan Foley, Surrogate's Court of the State of New York, County of New York, File No. 2016-2112.

4. The Complaint herein and this action shall be dismissed forthwith **with prejudice and without fees or costs** to any party.

Respectfully Submitted on August 2, 2018

| For Plaintiff | For Defendant JoAnn Fox |
|---|---|
| /s/ Rex B. Stratton<br>Rex B. Stratton, WSBA No. 1913<br>7 Washington Street<br>Middlebury, VT  05753<br>Telephone:   (802) 388-7933<br>Facsimile:    (802) 388-9200<br>Email:  rstratton@lynchandfoley.com | /s/ Diana S. Hill<br>Diana S. Hill, WSBA No. 36610<br>1900 Nickerson St., Ste. 215<br>Seattle, WA 98119<br>Telephone:   (206) 282-2710<br>Facsimile:    (206) 282-2707<br>Email:  dhill@cookandbartlett.com |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
2:18-CV-00016-MAT
Page 2 of 3

LYNCH & FOLEY, P.C.
7 WASHINGTON STREET
MIDDLEBURY, VERMONT 05753
T: (802) 388-7933 • F: (802) 388-9200

**ORDER**

This matter having come before this Court on the foregoing Stipulation of the parties by and through their undersigned counsel of record and the Court being fully advised in the premises, it is hereby:

ORDERED that the Settlement Agreement of the parties be entered into the record of this Court and shall be filed in the Estate of Ann Rule, King County, Washington Probate Cause No. 15-4-04420-3 KNT and the Estate of Joan Foley, Surrogate's Court of the State of New York, County of New York, File No. 2016-2112; and be it

FURTHER ORDERED that the Complaint herein and this action be and the same is hereby DISMISSED WITH PREJUDICE and without fees or costs of any party.

DATED: August 2, 2018.

_____
Mary Alice Theiler
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
2:18-CV-00016-MAT
Page 3 of 3

LYNCH & FOLEY, P.C.
7 WASHINGTON STREET
MIDDLEBURY, VERMONT 05753
T: (802) 388-7933 • F: (802) 388-9200